# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1557
Lower Tribunal No. 2015-CF-000495

_____

RIDGH GENESIS ACHILLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Tom Young, Judge.

July 16, 2024

PER CURIAM.

AFFIRMED.

STARGEL and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.


David J. Joffe, of Joffe Law, P.A., Ft. Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED